IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANTONIUS BRAXTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:14cv91-WHA |
| | ) | |
| AEROTEK, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AND OPINION**

On July 9, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 16). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this action is DISMISSED, without prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Done this the 28th day of July, 2014.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE